1  Robert J. Cassity (9779)
   Bryce K. Kunimoto (7781)
2  Jackson Wong (15674)
   **HOLLAND & HART LLP**
3  9555 Hillwood Drive, 2nd Floor
   Las Vegas, NV 89134
4  Phone: 702.669.4600
   Fax: 702.669.4650
5  bcassity@hollandhart.com
   bkunimoto@hollandhart.com
6  jwong@hollandhart.com

7  Timothy P. Getzoff (*Pro Hac Vice forthcoming*)
   **HOLLAND & HART LLP**
8  1800 Broadway, Suite 300
   Boulder, CO 80302
9  Telephone: 303.473-2700
   Fax: 303.975-5348
10 tgetzoff@hollandhart.com

11 *Attorneys for Defendant*
   *LV Unique Care, d/b/a LV Pharmacy*
12 *& Medical Supplies*

13            **UNITED STATES DISTRICT COURT**

14              **DISTRICT OF NEVADA**

15 LAS VEGAS PHARMACY INC., a Nevada          Case No.: 2:25-cv-01459-GMN-DJA
   corporation,
16
                                             **STIPULATION TO EXTEND DEADLINE**
17         Plaintiff,                        **TO RESPOND TO COMPLAINT**

18 v.                                        **[FIRST REQUEST]**

19 LV UNIQUE CARE, d/b/a LV PHARMACY &
   MEDICAL SUPPLIES, a Nevada limited
   liability company,
20
21         Defendant.

22         Pursuant to LR II 7.1 and LR IA 6-1, Defendant LV Unique Care, d/b/a LV Pharmacy &

23 Medical Supplies, a Nevada limited liability company ("Defendant"), by and through its counsel

24 of record, Holland & Hart LLP, and Plaintiff Las Vegas Pharmacy Inc., ("Plaintiff") (collectively,

25 the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as

26 follows:

27         1.      Plaintiff filed its Complaint in the United States District Court, District of Nevada

28 Case No. 2:25-cv-01459-GMN-DJA on August 7, 2025. *See* ECF No. 1.

                                        1

2.      Defendant was served with the Complaint on August 12, 2025. *See* ECF No. 6.

3.      Defendant's current deadline to file a response to the Complaint is Tuesday, September 2, 2025.

4.      The Parties agree to a 21-day extension from Tuesday, September 2, 2025 until Tuesday, September 23, 2025, for Defendant to respond to Plaintiff's Complaint.

5.      The stipulated extension is warranted in order to provide the parties with additional time to discuss settlement, as well as to provide adequate time for Defendant's counsel to analyze the Complaint and prepare Defendant's response thereto.

6.      This is the Parties' first request for an extension to respond to the Complaint. This stipulated extension is made in good faith and not for purposes of delay.

DATED this 2nd day of September 2025.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity (9779)
Bryce K. Kunimoto (7781)
Jackson Wong (15674)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Timothy P. Getzoff (*Pro Hac Vice forthcoming*)
1800 Broadway, Suite 300
Boulder, CO 80302

*Attorneys for Defendant*
*LV Unique Care, d/b/a LV Pharmacy & Medical Supplies*

DATED this 2nd day of September 2025.

**DICKINSON WRIGHT PLLC**

*/s/ John L. Krieger*
John L. Krieger (6023)
Jordan M. Marchello (16926)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965

*Attorneys for Plaintiff*
*Las Vegas Pharmacy Inc.*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/3/2025

35693685_v1

2

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134